IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG RISTENBATT,<br>    Plaintiff<br><br>    v.<br><br>WESTERN GLASS SUPPLY, INC.<br>and WOOD'S POWR-GRIP CO., INC.<br>    Defendants<br><br>    v.<br><br>FLOYD BELL, INC., and ADSENS TECH, INC.,<br><br>    Additional Defendants | No. 1:20-cv-1634<br><br>(Judge Kane) |

## ORDER

**AND SO**, on this 9th day of August 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Third-Party Defendant Adsens Tech, Inc. ("Adsens")'s Motion to Dismiss Amended Third-Party Joinder Complaint for lack of jurisdiction (Doc. No. 31) is **GRANTED**, the claims asserted against Adsens in the Amended Third-Party Joinder Complaint (Doc. No. 25) are **DISMISSED**, and the Clerk of Court is directed to **TERMINATE** Adsens as an Additional Defendant in this matter; and

2. Third-Party Defendant Floyd Bell, Inc.'s Motion to Dismiss Amended Third-Party Joinder Complaint (Doc. No. 30) is **DENIED**.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania